**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alicio Alves Da Cruz,<br><br>    v.<br><br>John Mattos, *et. al*,<br><br> Petitioner,<br><br> Respondents. | Case No. 2:25-cv-01340-JAD-EJY<br><br>**Scheduling Order** |

On August 6, 2025, I granted Alves Da Cruz's Motion for Appointment of Counsel and appointed the Federal Public Defender to represent him in this proceeding under 28 U.S.C. § 2241.[1]  Because counsel for both parties have appeared, I issue the following Scheduling Order:

**Amended Petition**.  If Alves Da Cruz wishes to file an amended petition, he must do so by **September 8, 2025**.  Alternatively, he can file a notice prior to that date indicating that he does not intend to file an amended petition and wishes to proceed with his initial petition (ECF No. 4).  Absent a showing of good cause for an extension, Alves Da Cruz's failure to file either document within the time allowed may result in the dismissal of this case.

**Response to Petition**.  Respondents will have **30 days** from the date the amended petition is filed to file an answer or other response.  If Alves Da Cruz files notice that he does not intend to file an amended petition, respondents' response will be due **30 days** from the date the notice is filed.

**Reply**. Alves Da Cruz will have **15 days** following the date the response is filed to file a reply.

---

[1] ECF No. 3.

**Motions**.  Local Rule 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

**IT IS SO ORDERED**.

Dated: August 20, 2025

_____
U.S. District Judge Jennifer A. Dorsey