SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the Federal Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Alicio Alves Da Cruz,<br><br>  Petitioner,<br><br>v.<br><br>John Mattos, et. al.,<br><br>  Respondents. | Case No. 2:25-cv-01340-JAD-EJY<br><br>**Stipulation and Order for Petitioner to File Amended Petition and Stipulated Briefing Schedule**<br><br>ECF Nos. 10, 12 |

Federal Defendants and Petitioner, through undersigned counsel, hereby stipulate to extend the date that Petitioner shall have to file an amended petition for writ of habeas corpus and stipulate to a briefing schedule as follows:

1. On July 23, 2025, Petitioner filed Motion for Leave to Proceed in forma pauperis and a Petition for Writ of Habeas Corpus and seeking the appointment of counsel.  ECF No. 1.

2. This Court granted Petitioner's motion for appointment of counsel and appointed the Federal Public Defender to represent Petitioner.  ECF No. 3.

3. On August 7, 2025, Petitioner filed a Petition for Writ of Habeas Corpus.  ECF No. 4.

4. On September 8, 2025, counsel for Petitioner filed a Motion to Extend Time (First Request) ("Motion") to file an amended petition for writ of habeas corpus. ECF No. 10.

5. The Court has yet to rule on the Motion.
6. The parties now stipulate and agree that Petitioner shall have up to and including, October 22, 2025, to file the amended petition for writ of habeas corpus.
7. The parties further stipulate and agree that once Petitioner files the amended petition for writ of habeas corpus, Federal Defendants shall have 30 days to file their response.
8. The parties further stipulate and agree that once Federal Defendants file their response to Petitioner's amended petition for writ of habeas corpus, Petitioner shall have 15 days to file their reply.

This stipulation is brought in good faith and not for the purpose of undue delay. Counsel for Petitioner needs additional time to obtain information regarding Petitioner's case and Petitioner's counsel had a Ninth Circuit oral argument on 10/6/25. Further, counsel for Federal Defendants is currently furloughed due to the government shutdown.

Respectfully submitted this 8th day of October, 2025.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| /s/ Laura Barrera<br>LAURA BARRERA<br>Assistant Federal Public Defender<br>SHELLY RICHTER<br>Assistant Federal Public Defender | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |
| *Attorneys for Plaintiff* | |

## ORDER

Based on the parties' stipulation [ECF No. 12] and good cause appearing, IT IS SO ORDERED, and the petitioner's motion to extend time **[ECF No. 10] is DENIED as moot.**

_____
**UNITED STATES DISTRICT JUDGE**
DATED: 10-9-25