Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Alicio Alves Da Cruz


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alicio Alves Da Cruz, | |
| Petitioner, | Case No. 2:25-cv-01340-JAD-EJY |
| v. | **Stipulation to Extend Time to File Reply in Support of Motion for Reconsideration (First Request)** |
| John Mattos, *et al.*, | |
| Respondents. | |

Petitioner Alicio Alves Da Cruz and Respondents John Mattos, et al., through undersigned counsel, hereby submit this Stipulation for an extension of time of four days for Petitioner to file a reply in support of the motion for reconsideration, moving the deadline to April 21, 2026. Currently, the reply is due on April 17, 2026. This is the first request for an extension of time for this reply.

This extension is warranted because Respondents indicated in their Response to the Motion for Reconsideration that Mr. Alves Da Cruz will be released from custody but he remains detained. Counsel for Respondents has agreed to provide an update on Respondents' plans related to Petitioner's custody status before the new

deadline for the reply, so that they reply can be based on the most up to date information.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Alves Da Cruz to file his reply in support of the motion for reconsideration to April 21, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 17th day of April 2026.

| | |
|---|---|
| TODD BLANCHE<br>Acting Attorney General of the<br>United States<br>SIGAL CHATTAH, First Assistant<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Tamer Botros*<br>Tamer Botros<br>Assistant United States Attorney | */s/ Laura Barrera*<br>Laura Barrera<br>Assistant Federal Public<br>Defender |

### ORDER

Based on the parties stipulation and with good cause appearing, the stipulation for an extension of time [**ECF No. 30 is GRANTED.** The petitioner's reply in support of the motion for reconsideration is due April 21, 2026.

_____
United States District Judge
Dated: __April 21, 2026_____

2