Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org


*Attorney for Petitioner Alicio Alves Da Cruz


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alicio Alves Da Cruz,

      Petitioner,

    v.

John Mattos, *et al.*,

      Respondents.

Case No. 2:25-cv-01340-JAD-EJY

**Stipulation to Extend Time to File Supplement (First Request)**

      Petitioner Alicio Alves Da Cruz and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time of thirty (30) days for Petitioner to file a supplement ordered by this Court, moving the deadline to June 10, 2026. Currently, the supplement is due on May 11, 2026. This is the first request for an extension of time for this supplement.

      This extension is warranted because counsel has learned Mr. Alves Da Cruz's bond hearing has been continued to May 22, 2026. Undersigned counsel would like an additional thirty (30) days to allow the hearing to happen and to obtain the audio recording.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Alves Da Cruz to file his supplement to June 10, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 11th day of May 2026.

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH, First Assistant
United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ Tamer Botros
Tamer Botros
Assistant United States Attorney

/s/ Laura Barrera
Laura Barrera
Assistant Federal Public
Defender

**ORDER**

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that the stipulation to extend time **[ECF No. 36] is GRANTED.**  The petitioner's supplemental brief in response to the order at ECF No. 35 is now due on June 10, 2026.

_____
United States District Judge
Dated: May 13, 2026

2